UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IKEM HARLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-2060-EFM |
| ) | |
| KANSAS CITY, KANSAS POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff's complaint in this action brings a civil-rights claim, naming the Kansas City, Kansas Police Department as the only defendant.[1]  Because plaintiff indicated in pleadings that he "would like to sue" a number of additional defendants,[2] the court set a deadline of March 18, 2021, for defendant to file an amended complaint.[3]  Rather than file his amended complaint on that date, plaintiff filed a "response" to the order, stating he is still attempting to obtain the names of the defendants he would like to add.[4]

The court will extend the deadline for plaintiff to file an amended complaint to **April 2, 2021**.  If plaintiff has not identified the names of the additional defendants by that date, he should simply name each "John Doe No. 1" or "Jane Doe No. 2," and so on in the

---

[1] ECF No. 1; *see also* ECF No. 8 (finding "plaintiff has proffered facts sufficient to demonstrate he may be stating a claim of civil rights violation").

[2] ECF No. 11; *see also*, ECF No. 7.

[3] ECF No. 13.

[4] ECF No. 14.

caption of the amended complaint. As previously directed by the court,[5] in the body of the complaint, plaintiff must set forth, in separately numbered paragraphs, what <u>each</u> of the persons named as a defendant (including each "Doe" defendant) did that plaintiff contends gives rise to his claim(s).

IT IS SO ORDERED.

The clerk shall mail a copy of this order to plaintiff by certified and regular mail.

Dated March 19, 2021, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[5] ECF No. 13.